```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TEREL OVERTON,                          :
                                        :
                    Petitioner,         :     07 Civ. 4599 (LAP)(THK)
                                        :
                                        :     ADMINISTRATIVE ORDER
             -against-                  :
                                        :
                                        :
DARWIN LACLAIR,                         :
                                        :
                                        :
                    Respondent.         :
                                        :
----------------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

On August 1, 2007, in response to Petitioner's motion to withdraw his Petition without prejudice, the Court entered an Order staying the action while Petitioner returned to the New York courts to exhaust his claims. The Court's August 1, 2007, therefore, addressed and resolved Plaintiff's motion. Accordingly, the motion, Docket Entry 4, is no longer pending, and the docket sheet should so reflect the motion's status.

**SO ORDERED.**

_____
Theodore H. Katz
United States Magistrate Judge

Dated: January 28, 2008
       New York, New York

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/28/08]