**MEMO ENDORSED**

**OFFICE OF THE DISTRICT ATTORNEY, Bronx County**

ROBERT T. JOHNSON
District Attorney

198 East 161st Street
Bronx, New York 10451

(718) 590-2132
Fax 590-6523

August 18, 2008



The Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Terel Overton v. LaClair
07 Civ. 4599 (LAP) (THK)

Dear Magistrate Judge Katz:

    I was recently assigned to respond to the above-referenced state prisoner's federal <u>habeas corpus</u> petition. The matter is on this Court's calendar for the People's response on September 12, 2008. I write to request a sixty-day extension to respond. Since I did not handle his State direct appeal, it will take me some time to read the transcripts and papers filed below, and familiarize myself with this case before I can frame an adequate response to petitioner's application. The file's length, the case's complexity, and my other assignments, including a N.Y.C.P.L. Article 440 motion, a response to a Writ of Error <u>Coram Nobis</u>, responses to five direct appeals in the Appellate Division, First Department, and a response to a direct appeal in the Appellate Term result in this request for an extension to November 11, 2008; this represents my first extension request.

    Thank you very much for your consideration in this matter.

Sincerely,

Dana Levin
Assistant District Attorney

cc: Terel Overton
DIN #: 03-A-2498
Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York 12955

*[Handwritten endorsement:]* The response to the Petition shall be filed by November 12, 2008. Any reply shall be filed by November 25, 2008.

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE
8/26/08

*[Stamps:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/26/08

RECEIVED AUG 25 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE