```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
TEREL OVERTON,                     :     07 Civ. 4599 (LAP)(THK)
                                   :
              Petitioner,          :     ORDER
                                   :
    v.                             :
                                   :
DARWIN LACLAIR, Superintendent,    :
                                   :
              Respondent.          :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, Chief United States District Judge

　　On July 15, 2009, Magistrate Judge Katz issued a Report and Recommendation denying Petitioner's request for 28 U.S.C. § 2254 habeas corpus relief.  Objections to that Report and Recommendation were due on July 29, 2009.  Having received no objections and finding Judge Katz's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

　　The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

DATED:   New York, New York
         August 24, 2009

                              _____
                              LORETTA A. PRESKA, U.S.D.J.